UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHANIQUA FREEMAN,<br><br>                              Plaintiff,<br><br>         -v.-<br><br>COMMONWEALTH LOCAL<br>   DEVELOPMENT CORP., et al.,<br><br>                              Defendants. | 24 Civ. 8823 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

On July 21, 2025, Cross-Defendants Commonwealth Local Development Corp. and HUSA Management Co., LLC ("Cross-Defendants") moved to dismiss the cross-claims of Cross-Claimants Rainbow USA Inc. and A.I.J.J. Enterprises, Inc. ("Cross-Claimants") under Rule 12(b)(6) of the Federal Rules of Civil Procedure.  Pursuant to Rule 15(a)(1)(B), "[a] party may amend its pleading once as a matter of course no later than[,] . . . if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier."

It is hereby ORDERED that Cross-Claimants shall file any amended cross-claims by **August 11, 2025**.  In accordance with Rule 1.D of the Court's Individual Rules and Practices in Civil Cases, any amended cross-claims should be filed with a redline showing all differences between the original and revised filing.  Cross-Claimants will not be given any further opportunity to amend the cross-claims to address issues raised by the motion to dismiss absent good cause.

If Cross-Claimants amend, then the Court will deny the previously filed motion to dismiss as moot.  By three weeks after the amended cross-claims are filed, Cross-Defendants shall file an answer or a new motion to dismiss.  If Cross-Defendants file a new motion to dismiss, any opposition shall be filed within 14 days.  Any reply shall be filed within seven days of any opposition.

If no amended cross-claims are filed, then Cross-Claimants shall file any opposition to the motion to dismiss by **August 11, 2025**. Cross-Defendants' reply, if any, shall be filed by **August 18, 2025**.

SO ORDERED.

Dated: July 31, 2025
New York, New York

                                                   _____
                                                   JENNIFER H. REARDEN
                                                   United States District Judge