UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHANIQUA FREEMAN,<br><br>                              Plaintiff,<br><br>               -v.-<br><br>COMMONWEALTH LOCAL<br>DEVELOPMENT CORP., et al.,<br><br>                              Defendants. | 24 Civ. 8823 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

On July 21, 2025, Cross-Defendants Commonwealth Local Development Corp. and HUSA Management Co., LLC ("Cross-Defendants") moved to dismiss the cross claims of Cross-Claimants Rainbow USA Inc. and A.I.J.J. Enterprises, Inc. ("Cross-Claimants") under Rule 12(b)(6) of the Federal Rules of Civil Procedure. *See* ECF No. 48. On August 8, 2025, Cross-Claimants filed amended cross claims against Cross-Defendant HUSA Management Co. LLC. *See* ECF No. 50. Accordingly, Cross-Defendants' motion to dismiss the cross claims of Cross-Claimants, ECF No. 48, is hereby DENIED as moot.

The Clerk of Court is directed to terminate ECF No. 48.

SO ORDERED.

Dated: August 11, 2025
       New York, New York

                                                                     _____
                                                                     JENNIFER H. REARDEN
                                                                     United States District Judge