**Seyfarth**

Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York  10018
T (212) 218-5500
F (212) 218-5526

jegan@seyfarth.com
T (212) 218-5291

www.seyfarth.com

June 1, 2026

**VIA ECF**

Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street, Room 1010
New York, NY 10007

*Application GRANTED.  By **June 15, 2026**, the parties shall file (1) a letter further updating the Court on the status of lease negotiations and the possibility of conducting mediation and (2) a proposed revised case management plan.*

*SO ORDERED.*

*Jennifer H. Rearden, U.S.D.J.*
*Dated: June 2, 2026*

Re:    ***Freeman v. Commonwealth Local Development Corp., et al.* (Case No. 1:24-cv-08823-JHR)**

Dear Judge Rearden:

This office represents Defendants Rainbow Apparel of America, Inc.[1] and A.I.J.J. Enterprises, Inc ("Rainbow").  We write jointly with Defendant HUSA Management Co., LLC and Commonwealth Local Development Corp. ("Landlord") (collectively, "Defendants") to advise the Court as to the status and timing of lease negotiations as per the Minute Entry issued by the Court on May 1, 2026. (Doc. No. 73.)

Defendants have made progress towards reaching an agreement on the essential terms of a new lease.  They include expanding the leased premises and adding back first floor space that has an accessible elevator, which would address a principal issue underlying various claims for relief in this action and for which Plaintiff seeks injunctive relief from the Court.

Defendants respectfully request leave to confer with Plaintiff and to file a joint status letter to the Court by June 15, 2026 addressing: (a) the feasibility of conducting a third mediation session by mid-August 2026; and (b) a proposed updated discovery plan.  Defendants would be pleased to discuss this matter in further detail if the Court would like to schedule a status conference.  We thank the Court for its patience to date, as well as its time and attention to this matter.

---

[1] Incorrectly referenced in the Complaint as "Rainbow USA Inc."

326218644v.3



Respectfully submitted,

**SEYFARTH SHAW LLP**


*/s/ John W. Egan*

John W. Egan