

**Seyfarth Shaw LLP**

620 Eighth Avenue

New York, New York  10018

**T** (212) 218-5500

**F** (212) 218-5526

jegan@seyfarth.com

T (212) 218-5291

www.seyfarth.com

June 15, 2026

**VIA ECF**

Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street, Room 1010
New York, NY 10007

**Re:**     **_Freeman v. Commonwealth Local Development Corp., et al._ (Case No. 1:24-cv-08823-JHR)**

Dear Judge Rearden:

This office represents Defendants Rainbow Apparel of America, Inc.[1] and A.I.J.J. Enterprises, Inc (collectively "Rainbow").  We write jointly with Plaintiff Shaniqua Freeman ("Plaintiff") and Defendant HUSA Management Co., LLC and Commonwealth Local Development Corp. (collectively "Landlord"), pursuant to the Court's June 2, 2026 Minute Entry (ECF No. 75) to address the status of the contemplated extension of the lease, to address the prospect of another mediation session based on the contemplated modifications to the leased space that would resolve a material issue in this litigation, and to provide a proposed revised case management plan.

Rainbow is continuing to lease the premises at issue on a month-to-month basis.  It continues to negotiate the terms of a long-term extension that contemplate expanding the leased premises to add back the first floor space that has an accessible elevator, as previously reported to the Court.  While this negotiation is continuing, the parties are prepared to complete discovery in this case while, along a dual track, conducting a second private mediation session with Mediator Amanda Fugazy, to be conducted within the next thirty (30) days or as soon as practicable thereafter based on Mediator and client representative availability.  The parties jointly propose to complete discovery, including but not limited to fact and expert depositions, within the next one hundred and twenty days (120) days, on or before October 13, 2026, and are accounting for client and witness availability over the summer months in proposing this schedule.  The parties also propose submitting to the Court a joint status letter addressing the lease extension,

---

[1] Incorrectly referenced in the Complaint as "Rainbow USA Inc."



mediation/resolution status, and discovery within sixty (60) days of this correspondence, *i.e.,* August 14, 2026.

The parties would be pleased to discuss this matter in further detail if the Court would like to schedule a status conference.  We thank the Court for its patience to date, as well as its time and attention to this matter.

Respectfully submitted,

**SEYFARTH SHAW LLP**


*/s/ John W. Egan*

John W. Egan
Enclosure

326462006v.4